FILED
5/5/14 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - ERIE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 13-10111 TPA |
| MICHAEL P. DUBERG, : | |
| DENISE L. DUBERG, : | CHAPTER 13 |
| Debtors : | |
| ---------------------------------- : | |
| MICHAEL P. DUBERG, : | RELATED TO CLAIM NO. 2 |
| DENISE L. DUBERG, and : | |
| Movant : | RELATED TO DOCUMENT NO. 94 |
| vs. : | |
| : | |
| THE BANK OF NEW YORK MELLON, : | |
| Respondent : | |

## ORDER

AND NOW this __5th__ day of __May__, 2014, upon consideration of the foregoing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the payment for the claim of the Respondent at Claim No. 2, shall remain at $160.00 per month pursuant to the approved Chapter 13 Plan, and that so long as this payment amount is adequate to cover the monthly payment required by Bank of New York Mellon for said claim, Bank of New York Mellon is excused from the need to file Notice of Mortgage Payment Change requiring the Debtor to respond thereto. If the monthly payments exceed the $160.00 per month payment currently set forth in the Plan, Bank of New York Mellon shall resume its filing of Notices of Mortgage Payment Change, and Debtor will resume responses thereto.

_____
Thomas P. Agresti, Judge    vas
United States Bankruptcy Court