**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/29/2017

IN RE:

MICHAEL P. DUBERG
DENISE L. DUBERG
1938 BROOKSBORO DRIVE
ERIE, PA 16510
XXX-XX-7020           Debtor(s)

XXX-XX-0897

Case No.13-10111 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/29/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Description |
|---|---|---|
| **BANK OF NEW YORK**<br>C/O BANK OF AMERICA (*)<br>7105 CORPORATE DR<br>PLANO, TX  75024 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: 160/PL-OE-DECL*BGN 2-13*2ND*160 X (60+2)=LMT*DKT!! | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: ...1107 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B**<br>C/O SHELLPOINT MORTGAGE SVCNG<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: PMT/PL*DK4PMT-LMT*1ST/SCH*BGN 2/13*FR BOA-DOC 127*FR RUSHMORE-DOC 1 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7613 |
| **MILLCREEK TOWNSHIP STREETLIGHT ASMNT****<br>3608 W 26TH ST<br>ERIE, PA  16509 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RMVD/AMD PL*JDGMNT LIEN/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 1938 BROOKSBORO DR;09 |
| **MILLCREEK TOWNSHIP STREETLIGHT ASMNT****<br>3608 W 26TH ST<br>ERIE, PA  16509 | Trustee Claim Number: 4   INT %: 10.00%<br>Court Claim Number: 1<br>CLAIM: 317.79<br>COMMENT: CL 1 GOVS*321.86@0%MDF/PL*PRI/SCH*WNTS 10%*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5070;12 |
| **ERIE COUNTY TAX CLAIM BUREAU***<br>ERIE COUNTY COURTHOUSE<br>140 W 6TH ST RM 110<br>ERIE, PA  16501 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 1167.44@9%/PL*PRI/SCH*NO TX YRS/SCH*NOT DUE/CRED-CONF*NTC-RSV | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 33-107-480.X-XXX.00;12 |
| **MILLCREEK TOWNSHIP (RE)****<br>C/O TAX COLLECTOR-CURRENT YEAR<br>3608 W 26TH ST<br>ERIE, PA  16506 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SEE CID 5 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 33107480203500;12 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 50.00<br>COMMENT: $@3%/PL*0%/CONF*05/SCH*DKT! | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 7020,0897;11 |
| **ACCELERATED REVENUE INC**<br>3964 N HAMPTON DR<br>POB 2020<br>POWELL, OH  43065-2020 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~GIANT EAGLE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2488262 |
| **ACL LABS**<br>1526 PEACH ST<br>ERIE, PA  16501-2104 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8003041630 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 498.70<br>COMMENT: AFNI~03590961201/SCH*CLLCTO US ASST MGT~ATT MBLTY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1999 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **AMERICAN EDUCATION SERVICES/PA**<br>1200 N 7TH ST DDB TEAM 2ND FL*<br><br>HARRISBURG, PA  17104-1444 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: |
| **RESURGENT CAPITAL SVCS**<br>POB 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: ASCENT CRD SVC/SCH |
| **ASSET ACCEPTANCE CORP**<br>POB 2036<br><br>WARREN, MI  48090 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC  28269 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: |
| **ENHANCED RECOVERY CORP++**<br>10550 DEERFIELD PARK STE 600<br><br>JACKSONVILLE, FL  32256 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 65572720 | CLAIM: 0.00<br>COMMENT: NT ADR~VERIZON/SCH |
| **EOS CCA**<br>700 LONGWATER DR.<br><br>NORWELL, MA  02061 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PENN CREDIT CORP**<br>POB 988*<br><br>HARRISBURG, PA 17108 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: S4593530 |
| **PRA AG FUNDING LLC**<br>C/O PORTFOLIO RECOVERY ASSOC<br>120 CORPORATE BLVD STE 100<br>NORFOLK, VA 23502 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **QUANTUM3 GROUP LLC**<br>POB 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **QUANTUM3 GROUP LLC**<br>POB 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **RONALD M. MERSKI, DMD**<br>4404 DEXTER AVENUE<br><br>ERIE, PA 16504 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **SAINT VINCENT CONSULTANTS**<br>2345 MRYTLE ST STE 190<br><br>ERIE, PA 16502 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 169622 |
| **STEVEN CHRISTIANSEN PLLC**<br>141 JACKSON ST<br><br>HEMPSTEAD, NY 11550 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: GABRIEL BROS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 40076840 |
| **US ASSET MANAGEMENT**<br>700 LONGWATER DR<br><br>NORWELL, MA 02061-1624 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **WEGMANS FOOD MARKET INC**<br>POB 30844<br><br>ROCHESTER, NY 14603-0844 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 86.01<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0897 |
| **BANK OF NEW YORK**<br>C/O BANK OF AMERICA (*)<br>7105 CORPORATE DR<br>PLANO, TX 75024 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 1,766.15<br>COMMENT: 1820/PL*2ND*THRU 1/13 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: ...1107 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B** C/O SHELLPOINT MORTGAGE SVCNG PO BOX 10826 GREENVILLE, SC 29603-0826 | Trustee Claim Number:31  INT %: 0.00% Court Claim Number:7 CLAIM: 10,662.52 COMMENT: 11800/PL*1ST*THRU 1/13*FR BOA-DOC 127*FR RUSHMORE-DOC 139 | CRED DESC: MORTGAGE ARR. ACCOUNT NO.: 7613 |
| **NELNET** ATTN ACCOUNTING DEPT 121 SOUTH 13TH ST STE 201 LINCOLN, NE 68508 | Trustee Claim Number:32  INT %: 0.00% Court Claim Number:5 CLAIM: 0.00 COMMENT: C5: 2466.70 W/DRAWN-DOC 25 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0897 |
| **NELNET** ATTN ACCOUNTING DEPT 121 SOUTH 13TH ST STE 201 LINCOLN, NE 68508 | Trustee Claim Number:33  INT %: 0.00% Court Claim Number:4-2 CLAIM: 2,466.70 COMMENT: NT/SCH*AMD*DKT | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0897 |
| **ANDREW F GORNALL ESQ** KML LAW GROUP PC 701 MARKET ST STE 5000 PHILADELPHIA, PA 19106 | Trustee Claim Number:34  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: WILMINGTON SVNGS~CHRISTIANA TRUST/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |