IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| MICHAEL P. DUBERG and | : | BANKRUPTCY NO. 13-10111 |
| DENISE L.. DUBERG, | : | |
|     Debtors | : | CHAPTER 13 |
| ------------------------------------------------- | : | |
| MICHAEL P. DUBERG and | : | |
| DENISE L.. DUBERG, | : | |
|     Movant | : | |
|     v. | : | |
| | : | |
| NO RESPONDENT | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

    __X__  The Debtors are not required to pay any Domestic Support Obligations

    *or*

    ____  The Debtor is required to pay Domestic Support Obligations and the Debtor has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification, *including amounts due before the petition was filed, but only to the extent provided for in the Plan*.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On __February 28, 2013__, at docket number __23 & 24__, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certificate of Completion of Post-petition Instructional Course in Personal Financial Management,* with the *Certificates of Completion* attached to the form.

This Certification is being signed under penalty of perjury by *(include whichever one of the two following statements applies):*

  ____  Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

  *or*

  __X__  Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Date: February 7, 2018

By:  /s/ Stephen H. Hutzelman
    Stephen H. Hutzelman, Esq.
    Attorney for the Debtor(s)
    305 West Sixth Street
    Erie, PA 16507
    Phone: (814) 452-6800
    Fax: (814) 456-2227
    e-mail: shutzelman@shapiralaw.com
    PA ID 06541