**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  MICHAEL P. DUBERG<br>DENISE L. DUBERG<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>MICHAEL P. DUBERG<br>DENISE L. DUBERG<br><br>    Respondents | Case No. 13-10111TPA<br><br>Chapter 13<br><br>Document No. 146 |

FILED
2/7/18 9:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __7th__ day of __February__, 20__18__, it is hereby ORDERED, ADJUDGED, and DECREED that,

    Janitors Supply Co Inc
    Attn: Payroll Manager
    Pob 1027
    Erie, PA 16512

is hereby ordered to immediately terminate the attachment of the wages of MICHAEL P. DUBERG, social security number XXX-XX-7020. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MICHAEL P. DUBERG.

BY THE COURT:

_____
ljm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael P. DuBerg  
Denise L. DuBerg  
       Debtors

Case No. 13-10111-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: bsil     Page 1 of 1     Date Rcvd: Feb 07, 2018  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2018.  
db/jdb        +Michael P. DuBerg,    Denise L. DuBerg,    1938 Brooksboro Drive,    Erie, PA 16510-3872

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2018 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT 2014-9TT bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY et al... bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Stephen H. Hutzelman    on behalf of Joint Debtor Denise L. DuBerg shutzelman@shapiralaw.com, shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com  
         Stephen H. Hutzelman    on behalf of Debtor Michael P. DuBerg shutzelman@shapiralaw.com, shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com  
                                                             TOTAL: 8