Fill in this information to identity the case:

Debtor 1 MICHAEL P DUBERG

Debtor 2 DENISE L DUBERG

United States Bankruptcy Court for the: PENNSYLVANIA WESTERN    District of ERIE
(State)

Case No. 13-10111

Form 4100R
**RESPONSE TO NOTICE OF FINAL CURE PAYMENT**    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of Creditor: Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-9TT

Court claim no. 7-1

**Last 4 digit**s of any number used to identify the debtor's account: 7613

**Property address: 1938 Brooksboro Dr Township Of Millcreek, PA 16504**

## Part 2: Prepetition Default Payments

Check one:

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the petition is:

## Part 3: Postpetition Mortgage Payment

Check one:

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

The next postpetition payment from the debtor(s) is due on: 05/01/2018

☐ Creditor states that the debtor(s) are not current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a)

b. Total fees, charges, expenses, escrow, and costs outstanding:    (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of the response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this Notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/S/ Maggalene Generette                                Date  03/29/2018
    Signature

Print  Maggalene Generette                             Title  Bankruptcy Case Manager

Company  Shellpoint Mortgage Servicing

**If different than the notice address listed on the proof of claim to which this response applies:**

Address  P.O. Box 10826, Greenville, SC 29603-0826

Contact phone  (800) 365-7107 |            Email  mtgbk@shellpointmtg.com

| | |
|---|---|
| Shellpoint Mortgage Servicing<br>PO Box 10826<br><br>Greenville, SC  29603-0826 | Phone Number:    (800) 365-7107<br>Fax:                     (866) 467-1137<br>Email:    mtgbk@shellpointmtg.com |

RE: Debtor 1    Michael P Duberg
    Debtor 2    Denise Duberg

Case No:    1310111

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 3/29/2018.

Western District of Pennsylvania, Erie Division
17 South Park Row
US Courthouse, Room B160
Erie, PA  16501-


Ronda Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219


Stephen H. Hutzelman
305 West Sixth Street
Erie, PA  16507




/s/ Maggalene Generette