Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Michael P. DuBerg** | : | Case No. 13−10111−TPA |
| **Denise L. DuBerg** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 152 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 5/30/18 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 29th of March, 2018*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 152 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) *On or before May 14, 2018*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 *OR* U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *May 30, 2018 at 12:00 PM* in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 13-10111-TPA
Michael P. DuBerg                                                   Chapter 13
Denise L. DuBerg
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: gamr              Page 1 of 2            Date Rcvd: Mar 29, 2018
                               Form ID: 300b           Total Noticed: 44
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2018.
```
db/jdb         +Michael P. DuBerg,    Denise L. DuBerg,    1938 Brooksboro Drive,     Erie, PA 16510-3872
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr,    Richardson, TX 75082-4333
cr              Nelnet,    3015 Soouth Parker Road Suite 400,    Aurora, CO  80014
cr             +WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA C/O SHEL,    PO BOX 10826,    Greenville, SC 29603-0826
cr             +Wilmington Savings Fund Society, FSB, doing busine,    c/o Shellpoint Mortgage Servicing,
                 P.O. BOX 10826,    GREENVILLE, SC 29603-0826
13555532        ACL,    PO Box 71312,    Philadelphia, PA 19176-1312
13555534        American Education Services,    Account Services,    Harrisburg, PA 17130-0001
13775486        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13555537       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital 1 Bank,    TSYS Debt Mgmt,    PO Box 5155,
                 Norcross, GA 30091)
13555538       +Collector of Taxes,    3608 West 26th Street,    Erie, PA 16506-2059
13555540       +Countrywide Home Lending,    Bank of America Home Loans,    Attention: Bankruptcy,
                 7105 Corporate Drive,    Plano, TX 75024-4100
13555539       +Countrywide Home Lending,    Attention: Bankruptcy,    SV-314B,    PO Box 5170,
                 Simi Valley, CA 93062-5170
13555541       +Countrywide Home Loans,    PO Box 8329,    Van Nuys, CA 91409-8329
13555542       +Countrywide Home Loans,    Attention: Bankruptcy,    1800 Tapo Canyon Road,    Mail Stop #SV-103,
                 Simi Valley, CA 93063-6712
13555544       +Creditech, Inc.,    PO Box 99,    Bangor, PA 18013-0099
13555545       +ECMC,    7325 Beaufont Springs,    Suite 200,    Richmond, VA 23225-5546
13555549       +Erie County Tax Claim Bureau,    Erie County Courthouse,    140 West Sixth Street,
                 Erie, PA 16501-1011
13555552       +Millcreek Township Tax Collector,    3608 West 26th Street,    Erie, PA 16506-2059
13555553       +National Asset Management LLC,    400 Rouser Road, Suite 105,    Moon Twp., PA 15108-2749
13584885        Nelnet on behalf of,    Educational Credit Management Corp.,    P.O. Box 75906,
                 St. Paul, MN  55175-0848
13583840        Nelnet on behalf of Educational Credit Management,    Educational Credit Management Corp,
                 PO Box 75848,    St. Paul MN 55175-0848
13555556       +Penn Credit,    916 S 14Th St,    Harrisburg , PA 17104-3425
13555559       +Ronald M. Merski, DMD,    4404 Dexter Avenue,    Erie, PA 16504-2446
13555561       +Steven F. Christiansen PLLC,    141 Jackson Street,    Hempstead, NY 11550-2412
13555562       +TEK Collect,    PO Box 1269,    Columbus, OH 43216-1269
13567422        The Bank of New York Mellon, et al,    c/o Prober & Raphael,    Attornys For Secured Creditor,
                 P.O. Box 4365,    Woodland Hills, CA 91365-4365
13555563        US Asset Management,    700 Longwater Drive,    Norwell, MA 02061-1624
14253451        WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA,    CHRISTIANA TRUST FOR BCAT 2014-9TT,
                 C/O Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville SC  29603-0826
13555564        Wegman's Food Markets, Inc.,    PO Box 30844,    Rochester, NY 14603-0844
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13555533        E-mail/Text: EBNProcessing@afni.com Mar 30 2018 04:08:51      AFNI,
                 1310 Martin Luther King Drive,    PO Box 3517,    Bloominton, IL 61702-3517
13555531       +E-mail/Text: thomas.porterfield@accrev.com Mar 30 2018 04:09:39      Accellerated Revenue Inc.,
                 4016 North Hampton Drive,    Powell, OH 43065-8431
13555535        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2018 04:15:27
                 Ascent Card Services,    Resurgent Capital,    PO Box 10587,    Greenville, SC 29603-0587
13555536       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 30 2018 04:08:30      Asset Acceptance,
                 PO Box 2036,    Warren, MI 48090-2036
13635254       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 30 2018 04:09:01
                 COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-7999
13555546        E-mail/Text: bknotice@ercbpo.com Mar 30 2018 04:08:48      Enhanced Recovery Company LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
13555550       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 30 2018 04:09:01      Jefferson Capital Systtems,
                 PO Box 7999,    St. Cloud, MN 56302-7999
13564573       +E-mail/Text: gailj@millcreektownship.com Mar 30 2018 04:08:58      Millcreek Township,
                 ATTENTION:  Gail Jares, Lien Clerk,    3608 West 26th Street,    Erie, PA 16506-2059
13555551       +E-mail/Text: gailj@millcreektownship.com Mar 30 2018 04:08:58      Millcreek Township,
                 Street Light Dept.,    3608 West 26th Street,    Erie, PA 16506-2059
13555554       +E-mail/Text: electronicbkydocs@nelnet.net Mar 30 2018 04:08:48      NELNET,    PO Box 82561,
                 Lincoln, NE 68501-2561
13586783        E-mail/Text: electronicbkydocs@nelnet.net Mar 30 2018 04:08:48      Nelnet,
                 3015 South Parker Road Suite 400,    Aurora CO 80014-2904
13555555        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2018 04:08:26      PA Department of Revenue,
                 Department 280946,    Bamkruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
13555557        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2018 04:14:37
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfolk, VA 23502
13555558       +E-mail/Text: bnc-quantum@quantum3group.com Mar 30 2018 04:08:14      Quantum3 Group,
                 Capio Partners,    PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0315-1            User: gamr               Page 2 of 2                  Date Rcvd: Mar 29, 2018
                                Form ID: 300b            Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14052202         +E-mail/Text: Bankruptcy@wsfsbank.com Mar 30 2018 04:09:48
                   Wilmington Savings Fund Society, FSB,    500 Delaware Avenue, 11th Floor,
                   Wilmington, Delaware 19801-7405
                                                                                                TOTAL: 15

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Shellpoint Mortgage Servicing
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr              WILMINGTON SAVINGS FUND SOCIETY et al...
cr              WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine
13555560         St Vincent Consultants in Cardio,    2315 Myrtle Street,    Erie, P A16502
13555547*        Enhanced Recovery Corp.,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
13586784*       +Nelnet,    3015 South Parker Road Suite 400,    Aurora CO 80014-2904
13555543        ##Countrywide Home Loans,    Bank of America Home Loans,    PO Box 961206,    FTWX-22,
                   Fort Worth, TX 76161-0206
13555548        ##EOS CCA,    PO Box 296,    Norwell, MA 02061-0296
                                                                                    TOTALS: 6, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT bkgroup@kmllawgroup.com
              Jodi L. Hause    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A.
               AS INDENTURE TRUSTEE FOR CABS MASTER TRUSTEE, REVOLV jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY et al...
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stephen H. Hutzelman    on behalf of Debtor Michael P. DuBerg shutzelman@shapiralaw.com,
               shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
              Stephen H. Hutzelman    on behalf of Joint Debtor Denise L. DuBerg shutzelman@shapiralaw.com,
               shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
                                                                                                 TOTAL: 9
```