**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MICHAEL P. DUBERG
    DENISE L. DUBERG
        Debtor(s)

Ronda J. Winnecour
        Movant
  vs.
No Repondents.

Case No.:13-10111 TPA

Chapter 13

Document No.: 152

FILED
5/17/18 12:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

    AND NOW, this ____17th____ day of ____May____, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    ljm

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 13-10111-TPA
Michael P. DuBerg                                                   Chapter 13
Denise L. DuBerg
          Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-1         User: bsil                  Page 1 of 2              Date Rcvd: May 17, 2018
                             Form ID: pdf900             Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
db/jdb         +Michael P. DuBerg,    Denise L. DuBerg,    1938 Brooksboro Drive,   Erie, PA 16510-3872
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr,   Richardson, TX 75082-4333
cr              Nelnet,   3015 Souuth Parker Road Suite 400,    Aurora, CO  80014
cr             +WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA C/O SHEL,    PO BOX 10826,   Greenville, SC 29603-0826
cr             +Wilmington Savings Fund Society, FSB, doing busine,    c/o Shellpoint Mortgage Servicing,
                 P.O. BOX 10826,    GREENVILLE, SC 29603-0826
13555532        ACL,   PO Box 71312,    Philadelphia, PA 19176-1312
13555534        American Education Services,    Account Services,   Harrisburg, PA 17130-0001
13775486        Bank of America, N.A.,    P.O. Box 660933,   Dallas, TX 75266-0933
13555537       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital 1 Bank,    TSYS Debt Mgmt,    PO Box 5155,
                 Norcross, GA 30091)
13555538       +Collector of Taxes,    3608 West 26th Street,   Erie, PA 16506-2059
13555539       +Countrywide Home Lending,    Attention: Bankruptcy,   SV-314B,   PO Box 5170,
                 Simi Valley, CA 93062-5170
13555540       +Countrywide Home Lending,    Bank of America Home Loans,   Attention: Bankruptcy,
                 7105 Corporate Drive,    Plano, TX 75024-4100
13555541       +Countrywide Home Loans,    PO Box 8329,   Van Nuys, CA 91409-8329
13555542       +Countrywide Home Loans,    Attention: Bankruptcy,   1800 Tapo Canyon Road,   Mail Stop #SV-103,
                 Simi Valley, CA 93063-6712
13555544       +Creditech, Inc.,    PO Box 99,   Bangor, PA 18013-0099
13555545       +ECMC,   7325 Beaufont Springs,    Suite 200,   Richmond, VA 23225-5546
13555549       +Erie County Tax Claim Bureau,    Erie County Courthouse,   140 West Sixth Street,
                 Erie, PA 16501-1011
13555552       +Millcreek Township Tax Collector,    3608 West 26th Street,   Erie, PA 16506-2059
13555553       +National Asset Management LLC,    400 Rouser Road, Suite 105,   Moon Twp., PA 15108-2749
13584885        Nelnet on behalf of,    Educational Credit Management Corp.,   P.O. Box 75906,
                 St. Paul, MN  55175-0848
13583840        Nelnet on behalf of Educational Credit Management,    Educational Credit Management Corp,
                 PO Box 75848,    St. Paul MN 55175-0848
13555556       +Penn Credit,   916 S 14Th St,    Harrisburg , PA 17104-3425
13555559       +Ronald M. Merski, DMD,    4404 Dexter Avenue,   Erie, PA 16504-2446
13555561       +Steven F. Christiansen PLLC,    141 Jackson Street,   Hempstead, NY 11550-2412
13555562       +TEK Collect,   PO Box 1269,    Columbus, OH 43216-1269
13567422        The Bank of New York Mellon, et al,    c/o Prober & Raphael,   Attornys For Secured Creditor,
                 P.O. Box 4365,    Woodland Hills, CA 91365-4365
13555563        US Asset Management,    700 Longwater Drive,   Norwell, MA 02061-1624
14253451        WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA,    CHRISTIANA TRUST FOR BCAT 2014-9TT,
                 C/O Shellpoint Mortgage Servicing,    PO Box 10826,   Greenville SC  29603-0826
13555564        Wegman's Food Markets, Inc.,    PO Box 30844,   Rochester, NY 14603-0844

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13555533        E-mail/Text: EBNProcessing@afni.com May 18 2018 01:55:58      AFNI,
                 1310 Martin Luther King Drive,    PO Box 3517,   Bloomington, IL 61702-3517
13555531       +E-mail/Text: thomas.porterfield@accrev.com May 18 2018 01:56:32      Accellerated Revenue Inc.,
                 4016 North Hampton Drive,    Powell, OH 43065-8431
13555535        E-mail/PDF: resurgentbknotifications@resurgent.com May 18 2018 02:00:13
                 Ascent Card Services,    Resurgent Capital,   PO Box 10587,   Greenville, SC 29603-0587
13555536       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 18 2018 01:55:45      Asset Acceptance,
                 PO Box 2036,    Warren, MI 48090-2036
13635254       +E-mail/Text: JCAP_BNC_Notices@jcap.com May 18 2018 01:56:04
                 COLLECTO US ASSET MANAGEMNT, INC.,    c o Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-7999
13555546        E-mail/Text: bknotice@ercbpo.com May 18 2018 01:55:56      Enhanced Recovery Company LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
13555550       +E-mail/Text: JCAP_BNC_Notices@jcap.com May 18 2018 01:56:04      Jefferson Capital Systtems,
                 PO Box 7999,    St. Cloud, MN 56302-7999
13564573       +E-mail/Text: gailj@millcreektownship.com May 18 2018 01:56:03      Millcreek Township,
                 ATTENTION: Gail Jares, Lien Clerk,    3608 West 26th Street,   Erie, PA 16506-2059
13555551       +E-mail/Text: gailj@millcreektownship.com May 18 2018 01:56:03      Millcreek Township,
                 Street Light Dept.,    3608 West 26th Street,   Erie, PA 16506-2059
13555554       +E-mail/Text: electronicbkydocs@nelnet.net May 18 2018 01:55:56      NELNET,   PO Box 82561,
                 Lincoln, NE 68501-2561
13586783       +E-mail/Text: electronicbkydocs@nelnet.net May 18 2018 01:55:56      Nelnet,
                 3015 South Parker Road Suite 400,    Aurora CO 80014-2904
13555555        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 18 2018 01:55:30      PA Department of Revenue,
                 Department 280946,    Bamkruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0946
13555557        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 18 2018 02:01:01
                 Portfolio Recovery,    Attn: Bankruptcy,   120 Corporate Blvd,   Norfolk, VA 23502
13555558       +E-mail/Text: bnc-quantum@quantum3group.com May 18 2018 01:55:26      Quantum3 Group,
                 Capio Partners,    PO Box 788,   Kirkland, WA 98083-0788
```

```
District/off: 0315-1                  User: bsil                    Page 2 of 2                    Date Rcvd: May 17, 2018
                                      Form ID: pdf900               Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14052202         +E-mail/Text: Bankruptcy@wsfsbank.com May 18 2018 01:56:41
                   Wilmington Savings Fund Society, FSB,    500 Delaware Avenue, 11th Floor,
                   Wilmington, Delaware 19801-7405
                                                                                              TOTAL: 15

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
cr               Shellpoint Mortgage Servicing
cr               THE BANK OF NEW YORK MELLON ET. AL.
cr               THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr               WILMINGTON SAVINGS FUND SOCIETY et al...
cr               WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine
13555560         St Vincent Consultants in Cardio,    2315 Myrtle Street,    Erie, P A16502
13555547*        Enhanced Recovery Corp.,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
13586784*       +Nelnet,    3015 South Parker Road Suite 400,    Aurora CO 80014-2904
13555543         ##Countrywide Home Loans,    Bank of America Home Loans,    PO Box 961206,    FTWX-22,
                   Fort Worth, TX 76161-0206
13555548         ##EOS CCA,    PO Box 296,    Norwell, MA 02061-0296
                                                                                         TOTALS: 7, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT andygornall@latouflawfirm.com
              James Warmbrodt     on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as legal title Trustee for BCAT
               2014-9TT bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL. pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A.
               AS INDENTURE TRUSTEE FOR CABS MASTER TRUSTEE, REVOLV jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
               jodi.hause@phelanhallinan.com,    pawb@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY et al...
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stephen H. Hutzelman    on behalf of Debtor Michael P. DuBerg shutzelman@shapiralaw.com,
               shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
              Stephen H. Hutzelman    on behalf of Joint Debtor Denise L. DuBerg shutzelman@shapiralaw.com,
               shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
                                                                                              TOTAL: 11
```