**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MICHAEL P. DUBERG
    DENISE L. DUBERG
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:13-10111 TPA

Document No.:

## TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 01/28/2013 and confirmed on 03/14/2013 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 79,246.00 |
| Less Refunds to Debtor | 679.53 | |
| TOTAL AMOUNT OF PLAN FUND | | 78,566.47 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,282.90 | |
|     Trustee Fee | 3,001.90 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,284.80 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   BANK OF NEW YORK | 0.00 | 9,760.00 | 0.00 | 9,760.00 |
|     Acct: 1107 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 0.00 | 48,660.28 | 0.00 | 48,660.28 |
|     Acct: 7613 | | | | |
|   BANK OF NEW YORK | 1,766.15 | 1,766.15 | 0.00 | 1,766.15 |
|     Acct: 1107 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 10,662.52 | 10,662.52 | 0.00 | 10,662.52 |
|     Acct: 7613 | | | | |
|   MILLCREEK TOWNSHIP STREETLIGHT ASN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXR;09 | | | | |
|   MILLCREEK TOWNSHIP STREETLIGHT ASN | 317.79 | 317.79 | 114.93 | 432.72 |
|     Acct: XXX0;12 | | | | |
|   ERIE COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXX0;12 | | | | |
| | | | | 71,281.67 |
| Priority | | | | |
|   STEPHEN H HUTZELMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

13-10111 TPA  **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS**  Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| MICHAEL P. DUBERG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL P. DUBERG | 621.00 | 621.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL P. DUBERG | 8.53 | 8.53 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL P. DUBERG | 50.00 | 50.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAPIRA HUTZELMAN BERLIN ELY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEPHEN H HUTZELMAN ESQ | 1,521.00 | 1,521.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAPIRA HUTZELMAN BERLIN ELY | 2,761.90 | 2,761.90 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX0-15 | | | | |
| MILLCREEK TOWNSHIP (RE)** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXX0:12 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX7:11 | | | | |

* * * N O N E * * *

| | | | | |
|---|---|---|---|---|
| **Unsecured** | | | | |
| ACCELERATED REVENUE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8262 | | | | |
| ACL LABS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX1630 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 498.70 | 0.00 | 0.00 | 0.00 |
| Acct: 1999 | | | | |
| AMERICAN EDUCATION SERVICES/PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| RESURGENT CAPITAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ENHANCED RECOVERY CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX2720 | | | | |
| EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX3530 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| QUANTUM3 GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| QUANTUM3 GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| RONALD M. MERSKI, DMD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| SAINT VINCENT CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX9622 | | | | |

| 13-10111 TPA | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
| --- | --- | --- | --- | --- |
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| STEVEN CHRISTIANSEN PLLC<br>Acct: XXXX6840 | 0.00 | 0.00 | 0.00 | 0.00 |
| US ASSET MANAGEMENT<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| WEGMANS FOOD MARKET INC<br>Acct: 0897 | 86.01 | 0.00 | 0.00 | 0.00 |
| NELNET<br>Acct: 0897 | 0.00 | 0.00 | 0.00 | 0.00 |
| NELNET<br>Acct: 0897 | 2,466.70 | 0.00 | 0.00 | 0.00 |
| ANDREW F GORNALL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JEROME BLANK ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                       71,281.67

TOTAL CLAIMED
PRIORITY                        0.00
SECURED                 12,746.46
UNSECURED                3.051.41


Date: 06/20/2018                                         /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA
ID #30399
CHAPTER 13 TRUSTEE WD
PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.co
m